## U.S. BANK NATIONAL ASSOCIATION, TRUSTEE
## *v.* GARY J. TRICARICO ET AL.
## (AC 32672)

Gruendel, Lavine and Espinosa, Js.

Submitted on briefs January 13—officially released January 31, 2012

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting a new law day.

## JOHN BREWER *v.* COMMISSIONER OF CORRECTION
## (AC 32428)

Beach, Alvord and Borden, Js.

Argued January 12—officially released January 31, 2012

Per Curiam. The appeal is dismissed.

## ROFIO GREENFIELD *v.* COMMISSIONER
## OF CORRECTION
## (AC 32885)

Gruendel, Lavine and Espinosa, Js.

Submitted on briefs January 13—officially released January 31, 2012

Per Curiam. The appeal is dismissed.